UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RAYMOND YAREM, | ) | |
|       Plaintiff, | ) | |
| vs. | ) | No. 22-cv-03752 |
| DAN DUDA, et al., | ) | Honorable Manish S. Shah |
|       Defendants. | ) | |

**CERTIFICATE OF SERVICE**

To:    Raymond Yarem
         400 King Ave
         East Dundee, IL 60118
         847-450-4345
         umfinc@comcast.net

       The undersigned, an attorney, hereby certifies under penalties of perjury as provided by law pursuant to Rule 5(b) of the Federal Rules of Civil Procedure, that he caused a copy of the foregoing **DIGITAL MEDIA EXHIBIT SUBMISSION - EXHIBIT A (DEFENDANTS' JOINT LR 56.1 STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT)** be served on the pro-se litigant named above by electronic mail on November 30, 2023.

                                                     Respectfully submitted,
                                                     Dan Duda and the
                                                     Village of East Dundee

                            By:    /s/ *K. Austin Zimmer*
                                     One of Defendants' Attorneys

K. Austin Zimmer (#6276227)
Catherine N. Coghlan (#6338828)
Del Galdo Law Group, LLC
1441 S. Harlem Ave.
Berwyn, IL 60402
708-222-7000
708-222-7001 Fax
zimmer@dlglawgroup.com
coghlan@dlglawgroup.com